IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
FRESNO

| UNITED STATES OF AMERICA, v. | JUDGMENT INCLUDING SENTENCE UNDER THE SENTENCING REFORM ACT |
|---|---|
| WILLIAM RAWLINSON | CASE NO: 6: 06 MJ 00179 |
| | Eric Kersten, Assistant Federal Defender (Defendant's Attorney of Record) |

**THE DEFENDANT** was found guilty on THREE Citation Violations after a (**X**) plea of guilty ( ) court trial.

Accordingly, the defendant is adjudged guilty of such citations, which involve the following offenses:

| CITATION | TITLE & SECTION | NATURE OF OFFENSE | DATE OF OFFENSE |
|---|---|---|---|
| P0615999/CA76 | 4.2 CFR CVC 14601.2(a) | Drivers License Suspended for DUI | 9/7/06 |
| P0616000/CA76 | 36 CFR 2.35(b)(2) | Possession of Controlled Substance Marijuana | 9/7/06 |
| P0615726/CA76 | 4.2 CFR CVC 4462(b) | Unlawful use of Registration Documents | 9/7/07 |

The defendant is sentenced as provided in pages 1 through 2 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[X]     CITATIONS: P0614051/CA76; P0611684/CA76; P0615728/CA76; P0615737/CA76
        Dismissed on Motion of the Government.

[X]     The fine imposed by this Judgment is 1000.00 , and is payable to the Clerk of the court.

[X]     The mandatory special assessment imposed by this sentence is $30.00, payable to the Clerk of the court.

[ ]     No fine is imposed, due to the defendants' inability to pay.

[ ]     Restitution imposed by this Judgment is $ _____, payable to:

        _____
        (Payee's Name)

        _____
        (Payee's Address)

        _____
        (City, State, Zip Code)

**IT IS FURTHER ORDERED that** the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs and special assessments imposed by this Judgment are fully paid.

Original - Court; Copies to: Defendant, Defendant's counsel, Probation, U.S. Attorney, U.S. Marshal, Pretrial Service, Financial

DEFENDANT: JUDGMENT - Page 2 of 2
CASE NO.:     6:06MJ00179

U.S. Marshal # 63078-/097

Social Security Number:    2980

Date of Birth:    1964

The defendant is placed on **Limited Supervised Probation** for 1 (ONE) year, and shall abide by the following standard conditions adopted by the court:

1. The defendant shall not commit another federal, state, or local crime, and not illegally possess a controlled substance. Revocation of probation is mandatory for illegal possession of a controlled substance.
2. The defendant shall report, forthwith, to the probation officer and thereafter as directed.
3. The defendant shall answer truthfully all inquiries by the probation officer, and follow the instructions of the probation officer.
4. The defendant shall notify the probation officer within 72 hours of any change in residence or employment, and of any arrest, citation, or contact with law enforcement officers.
5. The defendant shall make payments on all financial obligations imposed by this judgment in installments as directed by the probation officer.

**You shall comply with the following special conditions**:

[X] 7 DAYS   months/days jail facility, pursuant to 18 U.S.C. 3563 (b)(10), to commence as directed by the probation officer. CREDIT FOR TIME SERVED - CONCURRENT

[ ] ___ months/days Community Corrections Center, pursuant to 18 U.S.C. 3562(b)(11), as directed by the probation officer. Pay costs of confinement, as determined by the Bureau of Prisons.

[ ] ___ hours of unpaid community service, and pay fees not to exceed $ _____, as directed by the probation officer.

[ ] Probation shall become unsupervised upon completion of all special conditions and payment of financial obligations, set forth by this court.

[X] APPEAL RIGHTS WAIVED

[X] MAKE MONTHLY PAYMENTS OF NOT LESS THAN $200 PER MONTH COMMENCING 9/31/06 AND THE LAST WORKING DAY OF EACH MONTH THEREAFTER.

[X] DEFENDANT SHALL REPORT TO PROBATION UPON RELEASE FROM CUSTODY TO CONDUCT INTERVIEW

Mailing Address:                                                                  Date of Sentencing:    SEPTEMBER 13, 2006

 1630 22nd Street

                                                                                             /s/ *Dennis L. Beck*
 Manhattan Beach, CA 90266                                          Signature of Judicial Officer
Residence Address:
                                                                                             DENNIS L. BECK, U.S. MAGISTRATE JUDGE
                                                                                             Name & Title of Judicial Officer

County: _____                                                                DATE:    September 15, 2006