# United States District Court
## Eastern District of California
### AMENDED

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **WILLIAM EARL RAWLINSON** | (For Offenses committed on or after November 1, 1987) |
| (Defendant's Name) | Criminal Number: **6:06-MJ-00179-001** |

E. Kersten, AFD
Defendant's Attorney

**THE DEFENDANT:**

[✔] admitted guilt to violation of charge(s) ONE  as alleged in the violation petition filed on  .
[ ] was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| CHARGE ONE | COMMITTING a FEDERAL CRIME WHILE on PROBATION | 09/16/2006 |

The court: [✔] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on 09/13/2006 .

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   Charge(s) __ is/are dismissed.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

OCTOBER 18, 2006
Date of Imposition of Sentence

/s/ Sandra M. Snyder
Signature of Judicial Officer

**SANDRA M. SNYDER**, United States Magistrate Judge
Name & Title of Judicial Officer

12/12/2006
Date

CASE NUMBER:        6:06-MJ-00179-001                                             Judgment - Page 2  of  2
DEFENDANT:          WILLIAM EARL RAWLINSON

## IMPRISONMENT

  The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 42 DAYS .

Defendant is Ordered to serve 42 days in custody on this case, to run **consecutive** to case no. 6:06-mj-00186-001.

[✔]  The court makes the following recommendations to the Bureau of Prisons:
    The Court recommends that the defendant be incarcerated in a California facility at **Taft, California**, but only insofar as this accords with security classification and space availability.

[ ]  The defendant is remanded to the custody of the United States Marshal.

[✔]  The defendant shall surrender to the United States Marshal for this district.
    [✔] at 12:00pm  on 12/15/2006 .
    [] as notified by the United States Marshal.

 **NOTE: because of various delays in processing this Judgment the Court hereby grants extension of time for defendant William Earl Rawlinson to surrender to the U.S. Marshal for this district -**
    **Defendant shall surrender at 12:00pm on JANUARY 19, 2007.**

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before _ on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Officer.
    If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

  Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

                    _____
                     UNITED STATES MARSHAL

                By _____
                     Deputy U.S. Marshal